IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA JAYROE**                                                                                           **PLAINTIFF**

v.                                    Case No. 4:14-cv-00247-KGB

**CITY OF SHERWOOD,** *et al.*                                                                 **DEFENDANTS**

## ORDER

Before the Court is plaintiff Donna Jayroe's motion to dismiss without prejudice (Dkt. No. 29). Ms. Jayroe moves to dismiss voluntarily the present action against all remaining defendants and represents in her motion that defendants do not object. For good cause shown, the Court grants Ms. Jayroe's motion pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court dismisses this action without prejudice.

SO ORDERED this 5th day of August, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE